[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Terry*, Slip Opinion No. 2024-Ohio-5940.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-5940

THE STATE OF OHIO, APPELLEE, *v*. TERRY, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Terry*, Slip Opinion No. 2024-Ohio-5940.]**

*Court of appeals' judgment affirmed on the authority of* State v. Miree.

(No. 2023-1003—Submitted December 17, 2024—Decided December 24, 2024.)

APPEAL from the Court of Appeals for Summit County,

No. 30137, 2023-Ohio-2234.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and HAWKINS, JJ.

{¶ 1} The judgment of the court of appeals is affirmed as to proposition of law No. I on the authority of *State v. Miree*, 2024-Ohio-5714, and cause dismissed as to proposition of law No. II as having been improvidently accepted.

_____

Elliot Kolkovich, Summit County Prosecuting Attorney, and Heaven R. DiMartino, Assistant Prosecuting Attorney, for appellee.

Russell S. Bensing for appellant, Melvin Michael Thomas Terry.

_____